970 So.2d 910 (2007)
Najib MALIK, Appellant,
v.
STATE of Florida, Appellee.
No. 5D07-2565.
District Court of Appeal of Florida, Fifth District.
December 26, 2007.
Najib Malik, Miami, pro se.
Bill McCollum, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Parker v. State, 611 So.2d 1224 (Fla.1992), cert. denied, 526 *911 U.S. 1101, 119 S.Ct. 1580, 143 L.Ed.2d 675 (1999).
PLEUS, MONACO and EVANDER, JJ., concur.